**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

CHAUNA JONES f/k/a CHAUNA CRAWLEY,
TYRONE HENDERSON, on behalf of themselves
and all other similarly situated individuals,

     Plaintiffs,

v.                                                                                    Case No.: 3:14-cv-678

EQUIFAX, INC., in its own name and t/a
EQUIFAX WORKFORCE SOLUTIONS
a/k/a TALX CORPORATION and
EQUIFAX INFORMATION SERVICES LLC,

     Defendants.

**AGREED MOTION FOR EXTENSION OF TIME FOR EQUIFAX DEFENDANTS TO ANSWER OR RESPOND TO PLAINTIFF'S CLASS ACTION COMPLAINT**

Defendants, Equifax Inc., in its own name and t/a Equifax Work Force Solutions a/k/a Talx Corporation, and Equifax Information Services LLC ("Defendants")[1], by undersigned counsel, file this Motion for Extension of Time to Answer or Respond to Complaint as follows:

1.     Plaintiff's Class Action Complaint ("Complaint") was filed on October 3, 2014.

2.     Defendants were served with the Complaint on September 17, 2014. Defendants' response is due on November 7, 2014.

3.     Defendants are still reviewing the allegations and conducting an investigation into them in order to prepare their response. Accordingly, Defendants respectfully request an extension through and including December 8, 2014 within which to file their answer or other responsive pleading in this matter.

4.     Plaintiffs have no objection to this request for an extension.

---

[1] Defendants do not, by filing this motion, concede that they have been properly named in the Complaint.

5.      Defendants have not sought any prior extensions.

6.      A proposed Consent Order is filed contemporaneously herewith.


WHEREFORE, Defendants respectfully request that this motion be granted.

Respectfully submitted this 5th day of November, 2014.

/s/                                                            
John W. Montgomery, Jr.
Virginia State Bar No. 37149
Counsel for Equifax Information Services, LLC
John W. Montgomery, Jr., Attorney, PLC
2116 Dabney Road, Suite A-1
Richmond, VA 23230
Telephone (804) 355-8744
Facsimile (804) 355-8748
Email: jmontgomery@jwm-law.com

CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of November, 2014, I electronically filed the

foregoing AGREED MOTION FOR EXTENSION OF TIME FOR EQUIFAX DEFENDANTS

TO ANSWER OR RESPOND TO PLAINTIFFS' CLASS ACTION COMPLAINT with the

Clerk of Court using the CM/ECF system, which will then send a notification of such filing

(NEF) to the following:

Leonard Anthony Bennett, Esq.
Consumer Litigation Associates
763 J Clyde Morris Boulevard
Suite 1A
Newport News, VA 23601

Matthew James Erausquin, Esq.
Casey S. Nash, Esq.
Consumer Litgation Associates PC (Alex)
1800 Diagonal Rd
Suite 600
Alexandria, VA 22314

/s/
John W. Montgomery, Jr.
Virginia State Bar No. 37149
Counsel for Equifax Information Services, LLC
John W. Montgomery, Jr., Attorney, PLC
2116 Dabney Road, Suite A-1
Richmond, VA 23230
Telephone (804) 355-8744
Facsimile (804) 355-8748
Email: jmontgomery@jwm-law.com